RECEIVED
APR 16 2019
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Samuel S. Max

Plaintiff(s),

vs.

Case No. 19cv1042 PJS/DTS
(To be assigned by Clerk of District Court)

(1) Internal Revenue Services (IRS)
(2) MN, Department of Labor & Industry

DEMAND FOR JURY TRIAL

YES ☐   NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

Internal revenue Services (IRS)

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name: Samuel S. Max
   Street Address: 7001 Dupont Avenue North
   County, City: Hennepin, Brooklyn Center
   State & Zip Code: 55430
   Telephone Number: 763 600 9369

SCANNED
APR 17 2019
U.S. DISTRICT COURT ST. PAUL

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   SM 4/15/2019

   a. Defendant No. 1

      Name  Internal Revenue Services & ~~Ministry of Labor or Labor Ministry~~

      Street Address  → 30 E 7th St #1222

      County, City  Ramsey County, St. Paul

      State & Zip Code  55101

   b. Defendant No. 2

      Name  Ministry of Internal affairs and or United States of America / Labor Ministry, MN Department of Labor and industry.

      Street Address  443 Lafayette Rd, St. Paul,

      County, City  St. Paul

      State & Zip Code  55155

   c. Defendant No. 3

      Name

      Street Address

      County, City

      State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    [X] Federal Question        [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply. *Right of Employement & Taxes Refund -2018, was falsely Claimed.*

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name: *Samuel S Max*    State of Citizenship: *(Permanent Residence) Minnesota*
    Defendant No. 1: *Internal Revenue Services*    State of Citizenship:
    Defendant No. 2: *MN Department of Labor & Industry*    State of Citizenship:

    Attach additional sheets of paper as necessary and label this information as paragraph 5.
    Check here if additional sheets of paper are attached. [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    [X] Defendant(s) reside in Minnesota    [X] Facts alleged below primarily occurred in Minnesota
    [ ] Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. ① Internal Revenue Services (USA) refused to provide my Taxes Refund deposit into my bank account. Taxes Refund for 2018. My Refund was falsely claim by an ~~agency~~ know agency. Why unknow? Because the IRS for short. Refuses to provide me the name of the agency.

② Since my graduation from college, I haved not had a full complete job. I haved applied for the most least Job in Minnesota State, but every companies, I applied to refuses to offered an employment.

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

Well, a I am asking the Court of ~~a~~ haved the Internal revenue Services to provide my 2018 Taxes Refunds. The amount of ~~$900~~ $933.00 USD. And to also Look into my passed employment history since 2014-2019 and possibly check all the Jobs I haved applied for. and the Compensations. Thanks.

4

Signed this _____ day of _4/16/2019_

Signature of Plaintiff _____

Mailing Address
7001 Dupont Avenue North
Brooklyn Center, MN, 55430

Telephone Number
763-600-9369

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.