UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Samuel S. Max,                                    Case No. 19-cv-1042 (PJS/DTS)

    Plaintiff,

v.                                                ORDER

Internal Revenue Service (IRS) and
MN Dpeartment of Labor& Industry,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated June 20, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**: this action is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 7/18/19                                    s/Patrick J. Schiltz
                                                                                Patrick J. Schultz
                                                                                United States District Judge